# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIEL RAYMOND BERNAL,
     Appellant,
  vs.
THE STATE OF NEVADA,
     Respondent.

No. 81921

FILED

OCT 22 2020

CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on August 5, 2020. Appellant did not file the notice of appeal, however, until September 24, 2020, well beyond the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court concludes that it lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

20-38805

cc:   Hon. Scott N. Freeman, District Judge
      Law Office of David R. Houston
      Attorney General/Carson City
      Washoe County District Attorney
      Washoe District Court Clerk